IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 06-64 |
| GINA M. PORTER-WILKERSON, D.V.M., | : |
| Defendant | : |

**RETURN OF SERVICE**

TO THE CLERK:
United States District Court
District of Delaware

Please find attached Acknowledgment of Service of the Summons and Complaint on the above-captioned case.

                                                                                 COLM F. CONNOLLY
                                                                                 United States Attorney

                                                                                 **PATRICIA C. HANNIGAN**
                                                                                 Assistant United States Attorney
                                                                                 Delaware Bar I.D. No. 2145

Date: <u>March 9, 2006</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,           :
                                    :
            Plaintiff,              :
                                    :
      v.                            :    CIVIL ACTION NO. 06-64
                                    :
Gina M. Porter-Wilkerson, D.V.M,    :
                                    :
            Defendant,              :

**WAIVER OF SERVICE OF SUMMONS**

TO:   Patricia C. Hannigan
      Assistant United States Attorney
      1007 Orange Street, Suite 700
      Wilmington, DE  19899

I acknowledge receipt of your request that I waive service of a summons in the action of **United States of America v. Gina M. Porter-Wilkerson, D.V.M** which is case number **06-64** in the United States District Court for the District of Delaware. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after **February 6, 2006** or within 90 days after that date if the request was sent outside the United States.

DATE: 2/4/06          SIGNATURE: _[signature]_

                      Print/type name: Gina M. Porter-Wilkerson
                                       Gina M. Porter-Wilkerson, D.V.M