④

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, :

    Plaintiff,    :

v.    :    Civil Action No. 06-64

Gina M. Porter-Wilkerson, D.V.M    :

    Defendant.    :

## CONSENT JUDGMENT

1. **IT IS HEREBY STIPULATED AND AGREED** that the defendant hereby acknowledges the jurisdiction of this Court and accepts service of the Complaint.

2. **IT IS FURTHER STIPULATED AND AGREED** that Judgment be entered in favor of the United States of America and against the defendant, **Gina M. Porter-Wilkerson, D.V.M.**, in the principal amount of 107,144.03, plus interest in the amount of $2,217.18, accruing daily and compounded annually at the rate of 6.500%, and thereafter at the legal rate, for a total of $109,361.21 upon the following terms and conditions:

    (a) Defendant will submit the amount of $4,800.00 as a lump sum payment on or before March 31, 2006, and $800.00 per month on the 31st day of each month beginning April 30, 2006, until a revised payment plan is agreed upon by both parties or the debt is paid in full. The installment amount is subject to periodic submission of financial disclosure information, the review of which may appropriately adjust the installment amount.

    (b) That default will be deemed to have occurred if payment is not received by the United States within ten (10) days of the date any installment is due,

whereupon the United States, at its option, may declare the Consent Judgment breached and Plaintiff is then entitled to recover the unpaid balance, plus interest and costs, through the appropriate enforcement measures most beneficial to Plaintiff to recover its Judgment.

COLM F. CONNOLLY
United States Attorney

_____
GINA M. PORTER-WILKERSON, D.V.M.
107 Brooks Drive
Wilmington, DE 19709

BY: _____
for PATRICIA C. HANNIGAN
Assistant U.S. Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19899
Delaware Bar I.D. No. 2145

SWORN TO AND SUBSCRIBED BEFORE ME THIS 27th DAY OF March, 2006

_____
Notary Public
My Commission expires 9/8/06

BARBARA D. LOTHARP
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Sept. 8, 2006

IT IS ORDERED, ADJUDGED, AND DECREED THIS 28th day of March, 2006 that final Judgment in favor of the United States of America, Plaintiff, and against the defendant in the amount consented to by the parties, is hereby granted and ordered entered as the Judgment in this action.

_____
United States District Court Judge